UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Kennya D. Agnew, | Case No. 16-cv-1760 (WMW/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Hennepin County Medical Center; Stephanie, Nurse at the Hennepin County Adult D.O.C.; Mary, Nurse at the Hennepin County Adult D.O.C.; Judy, Nurse Practitioner @ Hennepin County Adult D.O.C.; and Nursing Staff of Hennepin County Adult Detention Center, | |
| Defendants. | |

---

This matter is before the Court on the October 24, 2016 Report and Recommendation ("R&R") of United States Magistrate Judge Leo I. Brisbois. (Dkt. 7.) No objections to the R&R have been filed in the time period permitted.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The October 24, 2016 R&R, (Dkt. 7), is **ADOPTED**;

2. Plaintiff's complaint, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  November 22, 2016                              s/Wilhelmina M. Wright
                                                                          Wilhelmina M. Wright
                                                                          United States District Judge